BARRY S. GLASER (SBN 70968)
    Bglaser@salvatoboufadel.com
SALVATO BOUFADEL, LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Telephone:    (213) 423-0933

Attorney for Creditor
SAN BERNARDINO COUNTY TAX COLLECTOR

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SCOTT WHITNEY RUCKER,<br><br>           Debtor.<br><br>_____ | Case 1:22-bk-11191-VK<br><br>Judge Victoria S. Kaufman<br><br>Chapter 13<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**<br><br>Date:    [No Hearing Required]<br>Time:<br>Ctrm: |

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for SAN BERNARDINO COUNTY TAX COLLECTOR, a creditor and party-in-interest in the above referenced case, and pursuant to *inter alia,* Federal Rules of Bankruptcy Procedure 2002, 2002(g), 3017, 4001, 7004(h), 9007, and 9010(b) and 11 U.S.C. §1109(b) of the Bankruptcy Code, requests that the following name be added to any service list in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

BARRY S. GLASER (SBN 70968)
Bglaser@salvatoboufadel.com
SALVATO BOUFADEL, LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Telephone:    (213) 423-0933

The foregoing request includes the notices and papers referred to in Rule 2002, 3017, 4001, 7004 and 9007, and also includes without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought before the Court in this case.

This Notice of Appearance and Request for Notice is without prejudice to any rights, remedies and claims against other entities or any objections that may be made to the jurisdiction of this Court or venue of this case, and shall not be deemed or construed to be a waiver of rights (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in this case, or in any controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) with respect to any other rights, claims, actions, defenses, setoffs or recoupments that may be available in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 3, 2022                                  SALVATO BOUFADEL, LLP

/s/ Barry S. Glaser
_____
Barry S. Glaser

Attorney for Creditor
SAN BERNARDINO COUNTY
TAX COLLECTOR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071-9500**

A true and correct copy of the foregoing document entitled (*specify*):

**Notice of Appearance and Request for Notice**

be served or was served **(a)** ~~on the judge in chambers in the form and manner required by LBR 5005-2(d); and~~ **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/03/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    - **Michael E Clark**   ecf@blclaw.com, notices@blclaw.com;docs@blclaw.com
    - **Barry S Glaser**   bglaser@salvatoboufadel.com, gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com; gsalvato@ecf.courtdrive.com
    - **Elizabeth (SV) F Rojas (TR)**   cacb_ecf_sv@ch13wla.com
    - **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

    ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **11/03/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    ~~**Courtesy Copy to Judge**~~
    ~~Honorable Victoria S. Kaufman~~
    ~~United States Bankruptcy Court~~
    ~~21041 Burbank Boulevard, Suite 354, / Courtroom 301~~
    ~~Woodland Hills, CA  91367~~

    ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/03/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    1    **F 9013-3.1.PROOF.SERVICE**

method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/03/2022 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     2     **F 9013-3.1.PROOF.SERVICE**