**Elizabeth F. Rojas, Chapter 13 Trustee**
**15260 Ventura Blvd., Suite 710**
**Sherman Oaks, CA  91403**
**(818) 933-5700 Office  (818) 933-5755 Fax**

# NOTICE/RE-NOTICE OF 341(a) MEETING
# ZOOM ID AND INFORMATION

**Date & Time: JANUARY 18, 2023 @ 12:00 PM**

Case Number: 1:22-bk-11191-VK
Debtor(s): Scott Whitney Rucker

Please upload at least two days prior to the meeting:
- Copy of Debtor(s) **current/valid** and **Government issued** photo identification.
- Evidence of Debtor(s) **complete** Social Security Number(s). A copy of a Social Security Card, W2, 1099 or other Government issued document is acceptable; tax returns are not.
- Plan payment(s) must be made through TFS BillPay. See **pay.ch13wla.com** for more info.
- Completed 341(a) Questionnaire.

- See Trustee's website for forms, payments, and document uploading: **www.ch13wla.com**
- Failure to upload documents timely may result in a continuance of hearing or dismissal of case.
- You will not be examined until all your technical issues are resolved.

**Please be aware that you will be attending this meeting via Zoom Videoconference. Please prepare for the meeting beforehand by visiting the Zoom website and testing whatever device you will be using to attend the meeting.**

**Zoom Meeting URL:**
https://ch13wla.zoom.us/j/82319356861?pwd=RGxHOW1SaDMrSXR5NXFqdGRuUUJMZz09

**Meeting ID:** 823 1935 6861
**Password:** 906486

**Dial-in (if not using Zoom App):** (669) 900-6833

*\*\*For help getting started with Zoom, visit: support.zoom.us*

| In Re:   Scott Whitney Rucker | Chapter 13 |
|---|---|
| Debtor(s) | Case Number: 1:22-bk-11191-VK |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15260 Ventura Blvd., Suite 710, Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled: **NOTICE/RE-NOTICE OF 341(a) MEETING ZOOM ID AND INFORMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **1/4/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

UNITED STATES TRUSTEE (SV):  USTPREGION16.SV.ECF@USDOJ.GOV
M. ERIK CLARK:  ECF@BLCLAW.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **1/4/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SCOTT WHITNEY RUCKER, 22817 VENTURA BL, WOODLAND HILLS, CA  91364

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **1/4/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/4/2022 | Roderick Mathieson | /s/  Roderick Mathieson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE