| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Movant appearing without an attorney*  <br> ☐ *Attorney for Movant* SAN BERNARDINO COUNTY | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** *Name of* **DIVISION**

| In re: | CASE NO.: |
|---|---|
|  | CHAPTER: |
|  | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** <br> **(with supporting declarations)** <br> **(REAL PROPERTY)** |
| Debtor(s). | DATE: <br> TIME: <br> COURTROOM: |

**Movant:**

1. **Hearing Location**:

   ☐ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2017*                                        Page 1                                        **F 4001-1.RFS.RP.MOTION**

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☐ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending.  After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: _____

_____
Printed name of law firm (if applicable)

_____
Printed name of individual Movant or attorney for Movant

_____/s/_____
Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY

1. **Movant is the:**

   ☐ Holder: Movant has physical possession of a promissory note that either (1) names Movant as the payee under the promissory note or (2) is indorsed to Movant, or indorsed in blank, or payable to bearer.

   ☐ Beneficiary: Movant is either (1) named as beneficiary in the security instrument on the subject property (e.g., mortgage or deed of trust) or (2) is the assignee of the beneficiary.

   ☐ Servicing agent authorized to act on behalf of the Holder or Beneficiary.

   ☐ Other (*specify*): County Treasurer-Tax Collector asserting tax liens on 6 parcels owned by Debtor

2. **The Property at Issue (Property):**

   a. Address:  See attached EXHIBIT A with six (6) APN numbers
   *Street address*:
   *Unit/suite number*:
   *City, state, zip code*:

   b. Legal description, or document recording number (including county of recording), as set forth in Movant's deed of trust (attached as Exhibit _____):

3. **Bankruptcy Case History:**

   a. A ☒ voluntary ☐ involuntary bankruptcy petition under chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was filed on (*date*) _____.

   b. ☐ An order to convert this case to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*date*) _____.

   c. ☐ A plan, if any, was confirmed on (*date*) _____.

4. **Grounds for Relief from Stay**:

   a. ☐ Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay as follows:

   (1) ☐ Movant's interest in the Property is not adequately protected.

      (A) ☐ Movant's interest in the Property is not protected by an adequate equity cushion.

      (B) ☐ The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

      (C) ☐ Proof of insurance regarding the Property has not been provided to Movant, despite the Debtor's obligation to insure the collateral under the terms of Movant's contract with the Debtor.

   (2) ☐ The bankruptcy case was filed in bad faith.

      (A) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

      (B) ☐ The Property was transferred to the Debtor either just before the bankruptcy filing or after the filing.

      (C) ☐ A non-individual entity was created just prior to the bankruptcy petition date for the sole purpose of filing this bankruptcy case.

      (D) ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

      (E) ☐ The Debtor filed only a few case commencement documents with the bankruptcy petition. Schedules and the statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

      (F) ☐ Other (*see attached Supplemental Declaration of Linda Y. Mikulski, CPA*).

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2017*     Page 3     **F 4001-1.RFS.RP.MOTION**

    (3) ☐ (*Chapter 12 or 13 cases only*)

        (A) ☐ All payments on account of the Property are being made through the plan.
☐ Preconfirmation ☐ Postconfirmation plan payments have not been made to the chapter 12 trustee or chapter 13 trustee.

        (B) ☐ Postpetition mortgage payments due on the note secured by a deed of trust on the Property have not been made to Movant.

    (4) ☐ The Debtor filed a Statement of Intentions that indicates the Debtor intends to surrender the Property.

    (5) ☐ The Movant regained possession of the Property on (*date*) _____, which is ☐ prepetition ☐ postpetition.

    (6) ☐ For other cause for relief from stay, see attached continuation page.

  b. ☐ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and, pursuant to § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

  c. ☐ Pursuant to 11 U.S.C. § 362(d)(3), the Debtor has failed, within the later of 90 days after the order for relief or 30 days after the court determined that the Property qualifies as "single asset real estate" as defined in 11 U.S.C. § 101(51B) to file a reasonable plan of reorganization or to commence monthly payments.

  d. ☐ Pursuant to 11 U.S.C. § 362(d)(4), the Debtor's filing of the bankruptcy petition was part of a scheme to delay, hinder, or defraud creditors that involved:

    (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval; or

    (2) ☐ Multiple bankruptcy cases affecting the Property.

5. ☐ **Grounds for Annulment of the Stay.** Movant took postpetition actions against the Property or the Debtor.

  a. ☐ These actions were taken before Movant knew the bankruptcy case had been filed, and Movant would have been entitled to relief from the stay to proceed with these actions.

  b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

  c. ☐ Other (*specify*):

6. **Evidence in Support of Motion: (D*eclaration(s) MUST be signed under penalty of perjury and attached to this motion*)**

  a. The REAL PROPERTY DECLARATION on page 6 of this motion.

  b. ☐ Supplemental declaration(s).

  c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims and the Property as set forth in Debtor's case commencement documents. Authenticated copies of the relevant portions of the case commencement documents are attached as Exhibit _____.

  d. ☐ Other:

7. ☐ **An optional Memorandum of Points and Authorities is attached to this motion.**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2017*  Page 4  **F 4001-1.RFS.RP.MOTION**

**Movant requests the following relief:**

1. Relief from the stay is granted under:   ☐ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3).

2. ☐ Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

3. ☐ Movant, or its agents, may, at its option, offer, provide and enter into a potential forebearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement.  Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

4. ☐ Confirmation that there is no stay in effect.

5. ☐ The stay is annulled retroactive to the bankruptcy petition date.  Any postpetition actions taken by Movant to enforce its remedies regarding the Property shall not constitute a violation of the stay.

6. ☐ The co-debtor stay of 11 U.S.C. §1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

7. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

8. ☐ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing on this Motion:
   ☐ without further notice, or   ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

9. ☐ Relief from the stay is granted under 11 U.S.C. § 362(d)(4):  If recorded in compliance with applicable state laws governing notices of interests or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of the order by the court, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

10. ☐ The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:
    ☐ without further notice, or   ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

11. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be:
    ☐ without further notice, or   ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

12. ☐ Upon entry of the order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

13. ☐ If relief from stay is not granted, adequate protection shall be ordered.

14. ☐ See attached continuation page for other relief requested.

Date: _____

_____
Printed name of law firm (*if applicable*)

_____
Printed name of individual Movant or attorney for Movant

*[signature]*
_____
Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2017*                                Page 5                                **F 4001-1.RFS.RP.MOTION**

# EXHIBIT A

# EXHIBIT A

## Parcel 0333-232-25-B003

**Amount due for 2022 annual bill is $681.04**

**bill number**

20220803697

**Amount due for defaulted taxes is $1,703.71, plus $36.00 returned item fee**

**bill numbers**

20200798246

20210801312

**Total : $2,420.75**

## Parcel 0333-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

**Amount due for 2022 annual bill is $737.59**

**bill number**

20220290807

**Amount due for defaulted taxes is $8,582.27**

**bill numbers**

20140286511

20140827385

20140827386

20150287898

20160289274

20200291976

20210291039

**Total : $9,319.86**

## Parcel 0331-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

**Amount due for 2022 annual bill is $1,307.65**

**bill number**

20220284311

**Amount due for defaulted taxes is $ 20,331.43**

**bill numbers**

20130855744

20140280030

20150281413

20160282782

20170282585

20180281786

20190283543

20200285497

20210284545

**Total : $21,639.08**

## **Parcel 0332-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**

**Amount due for 2022 annual bill is $4,807.34**

**bill number**

20220288063

**Amount due for defaulted taxes is $73,127.01**

**bill numbers**

20130845423

20140283857

20140826744

20150285237

20160286599

20170286398

20180285586

20190287314

20200289262

20210288308

**Total : 77,934.35**

## Parcel 0332-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

**Amount due for 2022 annual bill is $8,949.46**

**bill number**

20220288080

**Amount due for defaulted taxes is $129,560.42**

**bill numbers**

20130855745

20140283874

20140826745

20150285254

20160286616

20170286415

20180285603

20190287331

20200289279

20210288325

**Total : $138,509.88**

## **Parcel 0333-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**

**Amount due for 2022 annual bill is $6,803.14**

**bill number**

20220290163

**Amount due for defaulted taxes is $12,515.01**

**bill numbers**

20200853230

20210290408

**Total : $19,318.15**

**TOTAL AMOUNT OF TAXES DUE ON ALL 6 PARCELS IS $269,142.07**

0333-232-25-B003

0333-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

0331-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

0332-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

0332-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

0333-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

GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
BARRY S. GLASER (SBN 70968) *Of Counsel*
  Bglaser@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-9500
Telephone:   (213) 484-8400

Attorney for Creditor
SAN BERNARDINO COUNTY TAX COLLECTOR

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY

| In re: | Case 1:22-bk-11191-VK |
|---|---|
| SCOTT WHITNEY RUCKER, | Chapter 13 |
| Debtor. | **Declaration of Linda Y. Mikulski, CPA, Chief Deputy Tax Collector** |
| | Relief from Stay Hearing:<br>Date:    March 8, 2023<br>Time:    9:30 a.m.<br>Place:   Courtroom 301<br>           via Remote Zoom Proceeding |

SALVATO BOUFADEL LLP

Declaration in Support of Relief from Stay   -1-   *In re Scott Whitney Rucker, Debtor*
Case No. 1:22-bk-11191-VK

# SUPPLEMENTAL DECLARATION OF LINDA Y. MIKULSKI

I, Linda Y. Mikulski, declare:

1. I am the Chief Deputy Tax Collector for the San Bernardino County Treasurer and Tax Collector (the "County"). I submit this declaration in support of the County's *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* (the "Motion"). I have personal knowledge of the matters which are stated herein and, if called upon as a witness, I could and would competently testify thereto.

2. As the Chief Deputy Tax Collector for the County, my responsibilities include calculating and analyzing the amount of secured and unsecured property taxes, including penalties, interest and other charges which are owed to the County, and pursuing the collection of delinquent taxes.

3. I am one of the custodians of the books, records and files of the County that pertain to the properties identified below that are owned by the Debtor, Scott Whitney Rucker ("Debtor") and his spouse. I have personally worked on these books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them upon my review of the County's records. These books, records and files were made at or about the time of the events recorded and are maintained in the ordinary course of the County's business at or near the time of the actions, conditions or events to which they relate by a person who had personal knowledge of the event being recorded and has or had a business duty to record such event accurately

4. I am aware that on October 13, 2022 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

5. Based upon my review of the County's books and records, the Debtor and his spouse constitute the owners of record of six (6) properties located in San Bernardino County. Taxes on these properties have been delinquent since 2013.

6. On October 26, 2022, the County filed its Proof of Claim [Proof of Claim No. 2] indicating a pre-petition tax liability owing by the Debtor in the sum of $269,142.07, including accrued interest and penalties.

SALVATO BOUFADEL LLP

7. The chart below describes the properties on which the County is owed property taxes:

| Assessor Parcel Number | Property Address | Taxes Owed As of 10/13/2022 | Taxes Owed As of 1/31/23 |
|---|---|---|---|
| 0333-232-25-B003 Boat | Manitou Boat | $2,420.75 | $2,553.54 |
| 0333-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 Dock | Lake Arrowhead Dock | $9,319.86 | $9,540.92 |
| 0331-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 Land | 28879 Sycamore Dr. Skyforest, CA 92385 | $21,639.08 | $22,174.59 |
| 0332-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 Land/Improvements | 28879 Sycamore Dr. Skyforest, CA 92385 | $77,934.35 | $79,991.11 |
| 0332-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 Land | 28879 Sycamore Dr. Skyforest, CA 92385 | $138,509.88 | $142,137.28 |
| 0333-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 Land/Improvements | 970 Point Road Lake Arrowhead, CA 92352 | $19,318.15 | $20,099.71 |
| | **TOTAL AMOUNT** | **$269,142.07** | **$276,497.15** |

8. As of January 31, 2023, the total amount owed by the Debtor is $276,497.15, which includes the prepetition balance due of $269,142.07 as of October 13, 2022, and the sum of $7,355.08 for interest and penalties through January 31, 2023.

9. Over the years, the Debtor has given numerous continued assurances that he intends to pay his property taxes.

10. The properties consisting of a boat and dock are unsecured properties and are currently in collections. These real estate parcels are currently subject to a tax sale

due to non-payment of taxes. The last such scheduled tax sale required payment prior to October 14, 2022, the last business date prior to the date of sale.  Mr. Rucker filed this Chapter 13 proceeding on October 13, 2022, which prohibited the County from including his properties in the prior tax sale.

11. The next tax sale is scheduled for May 2023.

12. Mr. Rucker has also written check payments to the County that have subsequently bounced.  In July 2022, Mr. Rucker came to our office to pay the outstanding tax on his boat so that we would release a DMV hold because he had found a buyer for it. That day we were not accepting any credit card payments due to the Year End closing process, so Mr. Rucker could not make the payment.  We had many conversations with him and he made desperate pleas to us indicating that he was trying to get the money needed to save his Arrowhead properties.  We allowed him to pay by check and we released the lien. However, Mr. Rucker then put a stop payment on the check and the taxes remain unpaid.  We have reinstated the DMV hold and plan to move forward with our collection process

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at San Bernardino, California on January 9, 2023.

_____
Linda Y. Mikulski

SALVATO BOUFADEL LLP

Declaration in Support of Relief from Stay    -4-    *In re Scott Whitney Rucker, Debtor*
Case No. 1:22-bk-11191-VK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071-9500**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362; Supplemental Declaration of Linda Y. Mikulski, CPA, Chief Deputy Tax Collector** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *1/09/2023*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Michael E Clark**   ecf@blclaw.com, notices@blclaw.com;docs@blclaw.com
   - **Barry S Glaser**   bglaser@salvatoboufadel.com, gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com
   - **Elizabeth (SV) F Rojas (TR)**   cacb_ecf_sv@ch13wla.com
   - **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) *1/09/2023*, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   **Debtor Scott Whitney Rucker**
   22817 Ventura Bl
   Woodland Hills, CA 91364

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *1/09/2023,* I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   **Honorable Victoria Kaufman**           **(Via Overnight Mail)**
   U.S. Bankruptcy Court
   21041 Burbank Boulevard, Courtroom 303
   Woodland Hills, CA 91367

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/09/2023 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.